IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 JUN -7 PM 3: 49

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

PHILLIP LACEFIELD,

Plaintiff,

v.                                                No. 05-2233 BP

THE NEW YORK TIMES, et al.,

Defendants.

---

ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR
SUMMARY JUDGMENT AGAINST U.S. DISTRICT COURT CLERK

---

Phillip Lacefield, a pro se Plaintiff, filed a motion on May 27, 2005 seeking summary

judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure against a non-party, Robert

Di Trolio, the United States District Court Clerk, for his alleged failure to accomplish service on

several Defendants and failure to correct the Court's docket sheet as requested in Plaintiff's earlier

motion.  Rule 56 allows a "party seeking to recover upon a claim" to move with or without

supporting affidavits for summary judgment in the party's favor.  Fed. R. Civ. P. 56(a).  However,

the Rule does not provide for a procedure by which a party could move for summary judgment

against a person who is not a party to the action and against whom no claim has been asserted. See

State of Maryland v. Acme Poultry Corp., 9 F.R.D. 687, 688-89 (D. Del. 1949) (denying defendant's

motion for summary judgment because the insurance carrier was not a party plaintiff).  Inasmuch as

Di Trolio is not a party against whom a claim has been made in this action, the Court DENIES

Plaintiff's motion for summary judgment.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6 - 8 -05_

⑦

IT IS SO ORDERED this _____ day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02233 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

Phillip Lacefield
FCC-FORREST CITY
18183-076
P.O. Box 3000
Forrest City, AR 72336--300

Honorable J. Breen
US DISTRICT COURT