UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.
05 OCT 11 AM 6:51

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN MEMPHIS

PHILLIP LACEFIELD,

    Plaintiff,

v.

THE NEW YORK TIMES, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05-2233-B

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 5, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/6/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-11-05

(16)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02233 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Phillip Lacefield
FCC-FORREST CITY
18183-076
P.O. Box 3000
Forrest City, AR 72336--300

Honorable J. Breen
US DISTRICT COURT